**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EDWIN CASTELLA CHANDLER ) | Case No. 19-36701-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NUMBER 6

THIS MATTER came to be heard on the Debtor's Objection to Claim Number 6 by Credit Acceptance Corporation; and it

APPEARING TO THE COURT that the Debtor has filed an Objection pursuant to 11 U.S.C. § 502(a) and Bankruptcy Rule 3007 to Claim Number 6 by Credit Acceptance Corporation in the amount of $19,789.67 ("Claim"), on the grounds that the debt listed in the proof of claim is barred by the statute of limitations, VA Code Ann. § 8.01-246; and it

FURTHER APPEARING that after proper service of said Objection no response has been filed thereto and that said Objection should be sustained; it is therefore

ORDERED THAT the Debtor's Objection to Claim Number 6 by Credit Acceptance Corporation herein be, and the same is hereby SUSTAINED, and the aforesaid Claim is hereby disallowed.

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

Date: Mar 5 2020

/s/ Kevin R Huennekens
U.S. Bankruptcy Judge

Entered on Docket: Mar 5 2020

<u>I ask for this</u>:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATION

    Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

                         /s/ James E. Kane
                          Counsel for Debtor

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, Virginia 23218-1819

Credit Acceptance Corporation
c/o Corporation Service Company, R/A
100 Shockoe Slip, Floor 2
Richmond, VA 23219

Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034